RECEIVED BY
BMC

JUN 23 2017

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
☑ Eastern (Jackson) DIVISION
☐ Western (Memphis) DIVISION

Thomas M. Gould, Clerk
U.S. District Court
W.D. OF TN, Jackson

Jacqueline N Joplan
       Plaintiff,

vs.                                                          No. _____

Primwell Food Company Inc.
       Defendant.

## COMPLAINT

1. This action is brought for discrimination in employment pursuant to *(check only those that apply)*:

   ☑  Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub. L. No. 102-166) (race, color, gender, religion, national origin).
   *NOTE: In order to bring a suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

   ☐  Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 – 634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub. L. No. 92-592, the Civil Rights Act of 1991, Pub. L. No. 102-166)
   *NOTE: In order to bring a suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

   ☐  Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 – 12117 (amended by the ADA Amendments Acts of 2008, Pub. L. No. 110-325 and the Civil Rights Act of 1991, Pub. L. No. 1102-166).
   *NOTE: In order to bring a suit in federal district court under the Americans with Disabilities Act, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

## JURISDICTION

2. Jurisdiction is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub. L. No. 102-166, and any related claims under Tennessee law.

## PARTIES

3. Plaintiff resides at:

   205 Cromwell Street
   STREET ADDRESS

   Gibson, Tennessee, 78338, (731) 686-7871
   County    State    Zip Code    Telephone Number

4. Defendant(s) resides at, or its business is located at:

   P.O. Box 241857
   STREET ADDRESS

   Shelby, Bartlett, Tennessee, 78184-0187
   County    City    State    Zip Code

NOTE: If more than one defendant, you must list the names, address of each additional defendant.

_____

_____

_____

_____

_____

_____

5. The address at which I sought employment or was employed by the defendant(s) is:

   7040 Bartlett Corp. Dr

STREET ADDRESS

__SHELBY__, __BARTLETT__, __TENNESSEE__ __38184-0187__
County         City              State              Zip Code

6. The discriminatory conduct of which I complain in this action includes *(check only those that apply)*

- ☐ Failure to hire
- ☐ Termination of my employment
- ☐ Failure to promote
- ☐ Failure to accommodate my disability
- ☐ Unequal terms and conditions of my employment
- ☑ Retaliation
- ☑ Other acts *(specify)*: HARASSED / INTIMIDATED / Failure to Recall

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

7. It is my best recollection that the alleged discriminatory acts occurred on: JANUARY 1 — 15, 2015 • Orientation / Testing
   Date(s)                                                                  • (2) Days of Temporary Employment

8. I believe that the defendant(s) *(check one)*:

   - ☐ is still committing these acts against me.
   - ☑ is __not__ still committing these acts against me.

9. Defendant(s) discriminated against me based on my:
   *(check only those that apply and state the basis for the discrimination. For example, if religious discrimination is alleged, state your religion. If racial discrimination is alleged, state your race, etc.)*

3

*charge filed with the Equal Employment Opportunity Commission or the Tennessee Human Rights Commission.*

11. It is my best recollection that I filed a charge with the Tennessee Human Rights Commission regarding defendant's alleged discriminatory conduct on: JULY 14, 2015

12. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct on: MARCH 7, 2016
   Date

**Only litigants alleging age discrimination must answer Question #13.**

13. Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct. *(check one):*

    ☐ 60 days or more have elapsed

    ☐ Less than 60 days have elapsed.

14. The Equal Employment Opportunity Commission *(check one)*:

    ☐ has **not** issued a Right to Sue Letter.

    ☑ **has** issued a Right to Sue letter, which I **received** on April 27, 2017
    Date

**NOTE:** *This is the date you received the Right to Sue letter, not the date the Equal Employment Opportunity Commission issued the Right to Sue letter.*

15. Attach a copy of the Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.

**NOTE:** *You must attach a copy of the right to sue letter from the Equal Employment Opportunity Commission.*

16. I would like to have my case tried by a jury:

    ☑ Yes

    ☐ No

5

- [ ] Race_____
- [ ] Color_____
- [x] Gender/Sex_____
- [x] Religion  Jehovah Witness_____
- [ ] National Origin_____
- [ ] Disability_____
- [ ] Age. If age is checked, answer the following:
      I was born in_____. At the time(s) defendant(s) discriminated against me.

      I was [ ] more [ ] less than 40 years old. *(check one)*

**NOTE:** *Only those grounds raised in the charge filed the Equal Employment Opportunity Commission can be considered by the federal district court.*

10.   The facts of my case are as follows:

Canhib description of liable - Racism, Discriminatory Element, Prejudice, preception, Xenophobia, Antagonism; Long Cause @ Governmental Theb & Testeb to Abolish an "Unberstoob" spiritual imperfection" Bottomline Body of Evibence - Reveal - entitlement of Religious Fact "Irresponsibility" that's overshabows anything Neab. Common Decency - Proposals ba Probucb intensive research; Teppy Bumhall - Ehotistical

_____
*(Attach additional sheets as necessary)*

**NOTE:** *As additional support for your claim, you may attach to this complaint a copy of the*

4

Flamboyant Proposition from upper managerial /supervisory personnel #11 #2 as
Client (prep) e.g. Independent Contractor see: Quick Forensic Sketch-Strathmore Paper
"No True Bill" Amb Grab of back of Neck & Held ⟶ Century of Violence - #1
under 8-10 seconds Feet ↓ & in a browning force ... (c) towards Denver.
exhibit preview. • cite enclosed. Flashback 1960 Police Baton/German
shepard all site needed in that up/H seconds. Plenty of onlookers (x)
support of (New) 21st Century upsurum Riot (literally) DNA instilled,
controlled, restrained, ... Hatred — Hate ≠ sweaty, stencil, clammy, of
browest _____ Power.

Act 2 — #1
_____

• clap of, butt - felt "the private life
     of local northern employees
     & after demo of damages
     influenced that power,
     of what use to confidence
        we unpromising victim.

Defendant #2

REVIEW DIAGRAM — QUICK SKETCH

- Defendant #2
- J. Inez
- Myself (Plaintiff)
- Co-Worker Young Black Male

— VISUAL RAPE —

"BODY PARTS" violated TN Employment Responsibility

Obvious annoyance... GOB

* Attempting to demonstrate the packing & shipping process. *

**WHEREFORE,** plaintiff prays that the Court grant the following relief:

☐ direct that the Defendant employ Plaintiff, or

☐ direct that Defendant re-employ Plaintiff, or

☐ direct that Defendant promote Plaintiff, or

☑ order other equitable or injunctive relief as follows: *REVIEW ATTACHMENT(S)*

☐ direct that Defendant pay Plaintiff back pay in the amount of _____ and interest on back pay;

☑ direct that Defendant pay Plaintiff compensatory damages: Specify the amount and basis for compensatory damages: *$750,000 — (80 Employee @ x) / AETNA $110,000 +) Per EEOC Homepage / Tax Burden x2*

_____
SIGNATURE OF PLAINTIFF

*Basis: Review Attachment*

Date: *June 22, 2017*

Address: *20th Cromwell Street*

*Milan, Tennessee 38358*

*(731) 686-3351*
Phone Number

6



Both help Position of Power
w/ manhamun bisposition
ENTERTAIN INJUCTIVE NORM PERCEPTION
OF bimunintleb Arabification (preT)

Caunative crimes beyond Industrial
xivinance (s)

- Oppressive
- Grossly reckless
  |—————— Established

After the Fact:

- tort of outrage
- Proven Harm
- loss of lifestyle
- loss of work

⁂ Deliberate Encounter(s) ⁂
w/ His (Owner Prim Hall foods)
Upper management Defendant
          #1
          #2

Displayed "EXACT" UNWELCOME,
WANTON, AGGRESSION, OF FACT

Tort Feasor(s) —/ Review: Momentarily