EEOC Form 161 (11/16)      **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Jackqueline Jordan<br>4060 Reasons Blvd.<br>Apt. 48<br>Milan, TN  38358 | From: | Memphis District Office<br>1407 Union Avenue<br>Suite 901<br>Memphis, TN  38104 |
|---|---|---|---|

[ ]  *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 25A-2015-00485 | G. Allen Hammond,<br>Senior Investigator | (901) 544-0149 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*/s/ A. Allen Hammond*

Katharine W. Kores,
Director

APR 2 7 2017
*(Date Mailed)*

Enclosures(s)

cc:  **W. Clark Washington
Attorney for Respondent
LAW OFFICE OF W. CLARK WASHINGTON
2773 Summer Oaks Drive
Bartlett, TN 38134**

Jackqueline Jordan  vs.  Brimhall Foods
Charge No.:  25A-2015-00485

12

EEOC Form 161 (11/16)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Jackqueline Jordan
P.O. Box 289
Humboldt, TN 38343

From: Memphis District Office
1407 Union Avenue
Suite 901
Memphis, TN 38104

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 25A-2015-00485 | G. Allen Hammond, Senior Investigator | (901) 544-0149 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Katharine W. Kores,
Director

APR 2 7 2017
(Date Mailed)

Enclosures(s)

cc: W. Clark Washington
Attorney for Respondent
LAW OFFICE OF W. CLARK WASHINGTON
2773 Summer Oaks Drive
Bartlett, TN 38134

Jackqueline Jordan vs. Brimhall Foods
Charge No.: 25A-2015-00485

13



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## Memphis District Office

1407 Union Avenue, Suite 901
Memphis, TN 38104
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Memphis Status Line: (866) 408-8075
Memphis Direct Dial: (901) 544-0119
TTY (901) 544-0112
FAX (901) 544-0111
Website: www.eeoc.gov

### VIA E-mail: wnoble@brimsnacks.com

December 15, 2016

Mr. Whit Noble
Human Resources Manager
Brimhall Foods
P. O. Box 34185
Bartlett, TN 38184

Re: *Jordan vs Brimhall Foods*
   *Charge No.: 25A-2015-00485*

Dear Mr. Noble:

On October 1, 2015, a Charge of Discrimination was mailed to your company. It was requested that a statement of position with supporting documentation in response to an attached request for information be submitted to the Commission by October 31, 2015. However, to date the company has not provided a response. The Commission must insist that the statement of position and supporting documentation be provided on or before January 3, 2017. For your convenience, enclosed you will find a copy of the Charge of Discrimination, The Notice of Charge of Discrimination and the requested information.

However, en-lieu of providing a position statement, if your company would like to resolve this matter through settlement, please contact me December 22, 2016

Should you have any questions call me at (901) 544-0149.

Sincerely,

G. Allen Hammond
Senior Investigator

Jackqueline Jordan vs. Brimhall Foods
Charge No.: 25A-2015-00485

29

Case 1:17-cv-01119-STA-egb   Document 1-1   Filed 06/23/17   Page 4 of 10   PageID 13



**STATE OF TENNESSEE**
**TENNESSEE HUMAN RIGHTS COMMISSION**
**CENTRAL OFFICE**
TENNESSEE TOWER
312 ROSA L PARKS AVE, 23RD FLOOR
NASHVILLE, TENNESSEE 37243
(615) 741-5825 Fax (615) 253-1886
Toll Free: 1-800-251-3589
Spanish Toll Free Line: 1-866-856-1252
www.tn.gov/humanrights

RECEIVED
JUL 1 4 2015
TENNESSEE HUMAN RIGHTS COMMISSION
NASHVILLE

30

## DISCRIMINATION COMPLAINT
(DEPARTMENT USE ONLY)

THRC# 2-058-15    HUD# _____    EEOC# 25A-2015-00485

**1. TYPE OF COMPLAINT.** Check which type of complaint you are filing:
☐ EMPLOYMENT   ☐ HOUSING   ☐ PUBLIC ACCOMMODATION   ☒ TITLE VI

**2. COMPLAINANT CONTACT INFORMATION.** Provide your name and address.

NAME: Jacqueline Jordan
ADDRESS: [illegible] Mrd Grey   Third
APT NO.: _____
CITY: Memphis
COUNTY: Shelby
STATE: TN
ZIP: 38___
TELEPHONE: _____
CELL: _____
E-MAIL: _____
DATE OF BIRTH: 9-26-1971

Provide the contact information of someone who can assist us in contacting you should we have difficulty in reaching you.

NAME: _____   ADDRESS: _____
TELEPHONE: _____   CELL: _____   CITY: _____   STATE: _____   ZIP: _____

**3. RESPONDENT CONTACT INFORMATION.**
Provide the name of the entity (employer/housing provider/business/agency) and address that you believe discriminated against you:

ENTITY: Brimhall Food Company
TYPE OF BUSINESS: Brian Sharp Food
(FOR EMPLOYMENT ONLY) NAME OF IMMEDIATE SUPERVISOR: Terry Brimhall

ADDRESS: 7045 Marriott Corporate Drive
CITY: Memphis   STATE: TN   ZIP: 7/8/333
TELEPHONE: (901) 777-9016
800-625-4079
COUNTY: Shelby

**4. WHEN DID THE DISCRIMINATORY ACT(S) OCCUR?**
Beginning date of the alleged discriminatory act? December 2014 — January 2015

Most recent date of the alleged discriminatory act? _____

Is the alleged discriminatory act ongoing? ☐ YES ☐ NO

HR-0022 (Rev 11/13) Jacqueline Jordan vs. Brimhall Foods
Charge No.: 25A-2015-00485
RDA 1654    49

## EMPLOYMENT COMPLAINTS ONLY
(COMPLETE THIS BOX ONLY IF YOU ARE SUBMITTING AN EMPLOYMENT COMPLAINT)

**EMPLOYMENT HISTORY**

EMPLOYMENT BEGAN ON: December 14 ~~Jan 19~~

EMPLOYMENT ENDED ON: January 2001

PAY RATE/SALARY: $8

JOB TITLE AT THE TIME OF HIRE: Temporary

CURRENT JOB TITLE OR TITLE AT THE TIME OF TERMINATION:

NAME OF HR/PERSONNEL DIRECTOR:

NUMBER (#) OF EMPLOYEES:

DID YOU FILE WITH THE EEOC? [ ] YES [✓] NO

**BASIS OF DISCRIMINATION:** Why do you believe you were discriminated against? *Please mark below only the categories which apply. Specify within the categories you mark.*

- [ ] RACE: _____
- [ ] COLOR: _____
- [ ] NATIONAL ORIGIN: _____
- [ ] DISABILITY: _____
- [✓] SEX/GENDER: [ ] MALE [✓] FEMALE  of / tradition
- [✓] RELIGION: Jehovah Witness
- [ ] CREED: _____
- [ ] AGE (40 AND OVER): _____

- [ ] RETALIATION

Check below if you were retaliated against because of any of the following:
- [✓] FILED A COMPLAINT OF DISCRIMINATION
- [ ] GAVE TESTIMONY OR OTHERWISE PARTICIPATED IN A DISCRIMINATION INVESTIGATION
- [ ] OPPOSED OR OBJECTED TO DISCRIMINATION
- [ ] OTHER: _____

**WHICH OF FOLLOWING EMPLOYMENT ACTION(S) WERE TAKEN AGAINST YOU?** (Check only those that apply.)

- [ ] DISCHARGED
- [ ] LAID OFF
- [ ] SUSPENDED
- [✓] HARASSED/INTIMIDATED
- [ ] RETALIATED AGAINST
- [ ] TRANSFERRED
- [ ] DEMOTED
- [ ] FAILURE TO HIRE
- [ ] FAILURE TO PROMOTE
- [✓] FAILURE TO RECALL
- [ ] DENIED BENEFITS (LEAVE, INSURANCE, ETC.)
- [ ] DENIED PAY RAISE
- [ ] DENIED RELIGIOUS ACCOMMODATION
- [ ] DENIED DISABILITY ACCOMMODATION
- [ ] OTHER _____

HR-0022 (Rev 7/13) Jacqueline Jordan vs. Brimhall Foods
Charge No.: 25A-2015-00485

RDA 1654   50

## PUBLIC ACCOMMODATION ONLY*

(COMPLETE THIS BOX ONLY IF YOU ARE SUBMITTING A PUBLIC ACCOMMODATION COMPLAINT)

*Denial of service or access to a place of public accommodation

**BASIS OF DISCRIMINATION:** Why do you believe you were discriminated against? *Please mark below only the categories which apply. Specify within the categories you mark.*

- [ ] RACE: _____
- [ ] COLOR: _____
- [ ] NATIONAL ORIGIN: _____
- [ ] AGE (40 AND OVER): _____
- [ ] SEX/GENDER: [ ] MALE [ ] FEMALE
- [ ] RELIGION: _____
- [ ] CREED: _____

- [ ] RETALIATION

Check below if you were retaliated against because of any of the following:
- [ ] FILED A COMPLAINT OF DISCRIMINATION
- [ ] GAVE TESTIMONY OR OTHERWISE PARTICIPATED IN A DISCRIMINATION INVESTIGATION
- [ ] OPPOSED OR OBJECTED TO DISCRIMINATION
- [ ] OTHER: _____

## TITLE VI* COMPLAINTS ONLY

(COMPLETE THIS BOX ONLY IF YOU ARE SUBMITTING A TITLE VI COMPLAINT)

*For discrimination in programs and activities receiving federal financial assistance.

**BASIS OF DISCRIMINATION:**
Please specify the categories which you marked.
- [ ] RACE: _____
- [ ] NATIONAL ORIGIN: _____
- [ ] COLOR: _____

- [ ] RETALIATION: _____

Check below if you were retaliated against because of any of the following:
- [x] FILED A COMPLAINT OF DISCRIMINATION
- [ ] GAVE TESTIMONY OR OTHERWISE PARTICIPATED IN A DISCRIMINATION INVESTIGATION
- [ ] OPPOSED OR OBJECTED TO DISCRIMINATION
- [ ] OTHER: _____

**WHICH OF THE FOLLOWING ACTIONS WERE TAKEN AGAINST YOU?** (Check only those that apply and describe below.)
- [ ] DENIED PROGRAM SERVICE, AID, OR BENEFIT
- [ ] RECEIVED SERVICE OR BENEFIT DIFFERENTLY OR INFERIOR TO THOSE PROVIDED TO OTHERS
- [ ] SUBJECTED TO SEGREGATE OR SEPARATE TREATMENT RELATED TO THE RECEIPT OF ANY SERVICE OR BENEFIT
- [ ] DENIED OPPORTUNITY TO PARTICIPATE AS MEMBER OF PLANNING OR ADVISORY BODY
- [ ] RETALIATED AGAINST
- [x] OTHER _Made to leave Fresh Start Orchi Road_

_1st Statement — Missing_

_Witness liar_

HR-0022 (Rev. 7/13)  Jacqueline Jordan vs. Brimhall ____
Charge No.: 25A-2015-00485

RDA 1654   51

Unreadabte reputation -- So called
my world No entrance of "Gay Pride" - Yuk!

ATTORNEY

Y'all Gay Pride Tried Twice (1) Leslie Pittman
2) " " WJem

"Just Touch"

* Religious Hate
* Public Humiliation
* Outraging Public decency
* Wasting Police ✗

(?) I'm expected me to reprimand
for him in prison.

Answer to hear "legal dialogues
from both — Jones, Touchpu

I do not have any
prior knowledge of Wilb either me!

All to my arms & around
my neck - stood there
& ... she had a
godly right

Jackqueline Jordan vs. Brimhall Foods
Charge No.: 25A-2015-00485

53

Unacceptable reputation
my World No entrance

So called
of "Gay Pride" — yuck

RELIGIOUS
Yall Gay Pride Tried Twice 1) Lexie Pegram
2) " " Interns

"Just Touch"

- Religious hate
* Public Nuisance
* Outraging Public decency
* Wasting Police X

Atty EXPECTED ME to represent
for him in Prison.

Answer to hear "Legal dialogue"
from BOTH — (Jones, Jouchy)

"Atty EXPECTED ME to represent
for him in Prison."

I do not have any
prior knowledge of who either are!

All to my Arms & Around
my Neck — Stood there
and ..... She had a
godly right

Jackqueline Jordan vs. Brimhall Foods
Charge No.: 25A-2015-00485

54

Caucasian Lesbian (LL)                Brazilian Lesbian (OLd)
— Supervisor —                         — Coordinator —

- Slap on Buttocks                    - Prearranged a touchy
  after returning                       feely — filthy hands
  from break                            on demonstration

- Walked up & choked                  - Touched Arm
  the back of my neck                   Shoulder
  & held as I stood                     Back
  (Weapon/key)

8 Straight hours of Oral Slander

                                      Defamation Lawsuit
- Mike's the ........

- Jackie's ........

- Lexie Mynum ........ Assaulted by etc. ×4

- Mike's Sam drove ........

                                      ETC.

* Veteran nuisances

IN YOUR OWN WORDS, TELL US WHAT HAPPENED. Give dates, when applicable. Also, describe how others were treated differently than you. Use additional paper if needed.

BOTH these Women Are currently extremely knowledgable re: present "Lies" calling my name "The Slanderous Me" + 1st - Slender Caucasian owner wife - Botched lip job. She Returned from break ¢ As I walked iff She Slapped my buttocks proudly hit me. As if ........ I looked ¢ Said to myself "Has wife lost her mind"?. That Slap was as if An Achieved gay pride moment of we were Successful. In Turning her "yo Ass" 2x Standing waiting for orders from supervisor A hand came ¢ chopped the back of my neck ¢ continued . . . . . . . . . . As A Woman Coach for gay pride — Um! (VIDEO)

Old, Racist Brazilian Voice - derogator ¢ malicious to sit in her girls Breakroom ¢ listen to. One of Nevere minuse Falling for any ¢ Everything. What I hear — Broken — nonstop Brazilian Conduct depleted Self worth Esteem. She 'A' Nevere Cry for Help regardless of Age.

∗ On the — packing Cheps She came ¢ maam maam Let me w/How you/demonstrate proceded to pack ¢ during her Alleged demo. hands ¢ clouness became to much ¢ the demonstration became Extremely inappropriate distasteful. Her attempt @ Mentoring an (New) Attempt [→] 1st Attempt @ gay pride — ah wa . . . . . . . / She felt the need to give me that much needed "Push" Saying my us. "those people" — Bosses that made grave mistake promoting behavior that carries "X10" depth weight, b impartial Matter (s) of just . . . . . . . their name tape F . . . . . Non - competitors "Thorns" in my Glamourous Side