# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

JACKQUELINE M. JORDAN, )
)
    Plaintiff, )
)
vs. ) No. 1:17-cv-01119-STA-egb
)
BRIMHALL FOODS COMPANY, INC. )
)
    Defendant. )

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation (ECF No. 26) of United States Magistrate Judge Edward G. Bryant (the "Magistrate Judge") as to the *pro se* Complaint (ECF No. 1) and Amended Complaints (ECF Nos. 8, 12, & 17) of Plaintiff Jackqueline M. Jordan ("Plaintiff"). The Magistrate Judge filed his Report and Recommendation on December 7, 2017. Plaintiff filed a Notice of No Objection on December 20, 2017.

When a magistrate judge "submit[s] to a judge of the [district] court proposed findings of fact and recommendations," "any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court." 28 U.S.C. § 636(b)(1)(B)–(C). Any such objection must be made within fourteen days. *Id.* § 636(b)(1). Then the Court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* (italics added). But the Court need not review any portion of the recommendation to which Plaintiff did not specifically object, and may

adopt the findings and rulings of the Magistrate Judge to which no specific objection is filed. *Thomas v. Arn*, 474 U.S. 140, 149–52 (1985).

In light of the fact that Plaintiff does not object to any portion of the Magistrate Judge's Report and Recommendation, the Court hereby **ADOPTS** the Magistrate Judge's Report and Recommendation in full. Plaintiff's claims of religious discrimination and retaliation are **DISMISSED**. But process will issue for the sex discrimination claim against Defendant Brimhall Foods Company, Inc.

It is therefore **ORDERED** that the Clerk shall issue process for Defendant and deliver said process to the marshal for service. All costs of service shall be advanced by the United States. It is further **ORDERED** that Plaintiff shall serve a copy of every further document filed in this cause on the attorney for the Defendant or on the Defendant if it has no attorney. Plaintiff shall make a certificate of service on every document filed. Plaintiff shall promptly notify the Clerk of any change of address or whereabouts. Failure to comply with these requirements, or any other order of the Court, may result in the dismissal of this case without further notice. And finally, the Court repeats the Magistrate Judge's instruction and **DIRECTS** Plaintiff to type any further filings with the Court or, if typing is unavailable, to print clearly in a normal, vertical print so that the filings are legible. The Notice of No Objection did not comply with the Magistrate Judge's instruction, and the Court will order Plaintiff to re-file any future filing that the Court cannot read.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date: December 20, 2017.